Donald Jenkins and Lois Ullrich, Appellants, v. Pennsylvania Railroad Company, Appellee.

Gen. No. 46,473.

First District, First Division.
December 13, 1954.
Released for publication March 7, 1955.

Arthur S. Gomberg, and Joe Reiff, for appellants; Samuel Nineberg, of counsel; Robert H. Bierma, P. J. Cronin, A. L. Foster, and John W. Costello, for appellees; Edward Wolfe, of counsel. Opinion by JUSTICE NIEMEYER. Not to be published in full.